**98–583. San v. Scherer.**
Franklin App. Nos. 97APE03–317 and 97APE03–318. This cause is pending before the court as a discretionary appeal. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, and the appeal of Perry San and Martin Wagner is dismissed.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**98–1048. State v. Phillips.**
Lucas App. No. L–97–1217. This cause is pending before the court as a discretionary appeal and cross-appeal. It appears from the records of this court that appellee/cross-appellant has not filed a memorandum in support of jurisdiction of cross-appeal, due June 25, 1998, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that the cross-appeal of Jeronica Phillips be, and hereby is, dismissed *sua sponte.*

The appeal of the state of Ohio remains pending.

*Tuesday, July 7, 1998*

## DISCIPLINARY DOCKET

**89–719. Columbus Bar Assn. v. Ryan.**
This cause came on for further consideration upon the filing on October 3, 1997, of a petition for reinstatement by respondent, Terence L. Ryan, Attorney Registration No. 0038311. In accordance with Gov.Bar R. V(10)(F), respondent's petition for reinstatement was referred to the Board of Commissioners on Grievances and Discipline. The board filed its Amended Final Report in this court on April 28, 1998, recommending that respondent not be reinstated to the practice of law. Respondent filed objections to said Amended Final Report, and relator filed an answer brief. Upon consideration thereof,

IT IS ORDERED by this court that the petition for reinstatement of respondent be, and is hereby denied.

IT IS FURTHER ORDERED by the court that respondent be taxed the costs of these proceedings in the amount of $1,278.43, less the deposit of $500, for a total balance due of $778.43, which costs shall be payable to this court on or before ninety days from the date of this order. It is further ordered that if these costs are not paid in full on or before ninety days from the date of this order, interest at the rate of ten percent per annum shall accrue as of ninety days from the date of this order, on the balance of unpaid board costs and that respondent may not file a petition for reinstatement until such time as costs, including all accrued interest, have been paid in full.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents and would grant reinstatement.